<mark>Donald W. Powell – State Bar No. 3238</mark>
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777
d.powell@cplawfirm.com

Attorneys for Debtor

<mark>CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 85020-5297
(602) 861-0777</mark>

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>2G STAFFING SERVICES, INC.,<br><br>Debtor. | No. 2-15-08339-EPB<br><br>CHAPTER 11<br><br>**MOTION FOR AUTHORITY TO OBTAIN CREDIT PURSUANT TO 11 U.S.C. § 364 AND TO USE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363** |

COMES NOW the Debtor, by and through its attorneys undersigned, and herein seeks authority to obtain credit pursuant to 11 U.S.C. § 364 and to use cash collateral pursuant to 11 U.S.C. § 363. The Debtor and PROSPERITY FUNDING, INC. ("PROSPERITY"), entered into a Factoring and Security Agreement ("Agreement") dated January 9, 2014. The Debtor is in the business of providing staffing solutions and personnel to its customers. Due to the size and nature of the services provided, the Debtor is in need of accelerated access to its receivables. As a result, the Debtor and PROSPERITY entered into such Agreement.

The Debtor is requesting herein the authority to continue to sell its receivables to PROSPERITY pursuant to the Agreement and on a

<mark>Case 2:15-bk-08339-EPB    Doc 13   Filed 07/17/15   Entered 07/17/15 12:32:52   Desc
Main Document    Page 1 of 3</mark>

factoring concept. Further, the Debtor is requesting authority to utilize the cash collateral of PROSPERITY under the Agreement. None of the kinds of relief set forth in Rule 4001-4(b), Local Bankruptcy Rules, are sought by the Debtor.

A copy of the Agreement is attached as Exhibit A. Under the factoring arrangement, the receivables generated by the Debtor are sold to PROSPERITY. At such time, PROSPERITY pays 90% of the receivables to the Debtor and holds 1% as a bad debt reserve. When the receivables are paid, PROSPERITY retains a factoring fee percentage of 0.875% if the receivables are paid within 15 days, with the balance returned to the Debtor. If not paid, on day 16, and each subsequent 15 day period, an incremental fee percentage is applicable of 0.875%. If the receivables are not paid within 90 days of the purchase by PROSPERITY, the Debtor is required to pay PROSPERITY the original amount tendered by PROSPERITY.

The Debtor is in need of continuing with the Agreement. At any given time, the number of personnel being staffed by the Debtor approximates 500. Significant revenues are required on a weekly basis to satisfy the amounts due the personnel for their services rendered. Accordingly, liquidity of the receivables is vital to the ongoing business operations of the Debtor.

PROSPERITY possesses a lien on the receivables of the Debtor. A copy of the applicable Uniform Commercial Code Financing Statement is attached as Exhibit B. PROSPERITY consents to the use of cash collateral and with proceeding under the Agreement. PROSPERITY will receive a postpetition lien on the receivables of the Debtor.

The continued use of the cash collateral will allow the Debtor to remain in business and satisfy the required expenses. The Debtor will

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 85020-5297
(602) 861-0777

CP:Data:Users:DWP:2G Staffing Services, Inc.:Pldg:MtAuthorityObtainCredit.doc

Case 2:15-bk-08339-EPB    Doc 13    Filed 07/17/15    Entered 07/17/15 12:32:52    Desc
Main Document    Page 2 of 3

utilize cash collateral only for the normal operating costs of the business. The authorization to continue postpetition with the Agreement will allow the Debtor to have access to the revenues it generates on an expedited basis, paying a small fee to PROSPERITY for the applicable arrangement.

RESPECTFULLY SUBMITTED this 17th day of July, 2015.

CARMICHAEL & POWELL, P.C.

By_____/s/ Donald W. Powell_____
    Donald W. Powell
    7301 North 16th Street, #103
    Phoenix, Arizona 85020
    Attorneys for Debtor

COPY of the foregoing sent electronically this
17th day of July, 2015, to:

Kevin Horsman
Credit Manager
Prosperity Funding, Inc.
308D West Milbrook Road, Ste. 200
Raleigh, NC 27609
Kevin@ProsperityFunding.com

Elizabeth Amorosi
Attorney Advisor
United States Trustee
230 North First Avenue, #204
Phoenix, Arizona 85003
Elizabeth.Amorosi@usdoj.gov.

   ___/s/ Donald W. Powell_____

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 85020-5297
(602) 861-0777