Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777
d.powell@cplawfirm.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>2G STAFFING SERVICES, INC.,<br><br>Debtor. | No. 2-15-08339-EPB<br><br>CHAPTER 11<br><br>**MOTION FOR APPROVAL OF DIP FACTORING AND SECURITY AGREEMENT** |

COMES NOW the Debtor, by and through its attorneys undersigned, and herein moves for approval of a DIP Factoring and Security Agreement ("Agreement") entered into between the Debtor and Prosperity Funding, Inc. ("Prosperity"). A copy of the Agreement is attached as Exhibit A.

The Debtor is in the business of providing staffing solutions and personnel to its customers. Due to the size and nature of the services provided, and the ongoing payroll required for in excess of 600 employees of the Debtor, accelerated access to the receivables of the Debtor is vital to the business of the Debtor. Pursuant thereto, the Debtor and Prosperity entered into a Factoring and Security Agreement dated January 9, 2014, wherein the Debtor sold its receivables to Prosperity on a factoring concept. Prosperity possesses a lien on the receivables of the Debtor pursuant to a Uniform Commercial Code Financing Statement.

On July 17, 2015, the Debtor filed a Motion for Authority to Obtain Credit Pursuant to 11 U.S.C. § 364 and to Use Cash Collateral Pursuant to 11 U.S.C. § 363 ("Motion"). A hearing concerning the Motion was conducted by the Bankruptcy Court on July 22, 2015, and as a result, and Interim Order Authorizing Debtor to Obtain Credit Pursuant to 11 U.S.C. § 364 and to Use Cash Collateral Pursuant to 11 U.S.C. § 363 ("Interim Order") was entered on July 22, 2015. A copy of the Interim Order is attached as Exhibit B. On August 13, 2015, the Interim Order was extended to September 2, 2015, to allow for the Debtor to obtain approval of the Agreement.

Under the Agreement, the receivables generated by the Debtor will be sold to Prosperity; at such time, Prosperity will pay 90% of the receivables to the Debtor and hold 1% as a bad debt reserve. When the receivables are paid, Prosperity shall retain a factoring fee percentage of 0.875% if the receivables are paid within 15 days, with the balance returned to the Debtor. If not so paid, on day 16, and each subsequent 15 day period, an incremental fee percentage is applicable of 0.875%. The Debtor is required to pay Prosperity the original amount tendered by Prosperity if the receivables are not paid within 90 days of the purchase by Prosperity. A minimum weekly volume of $75,000.00 is required. A DIP Facility Fee of 0.75% of the gross amount of each advance made on the receivables purchased by Prosperity is applicable. The Agreement shall be retroactively applied such that the Facility Fee will be charged on advances made during the period July 1, 2015, through the date the Agreement is approved by the Court.

Prosperity shall have a first priority security interest in the collateral of Debtor as set forth in Paragraph 1.11 on Page 3 of the Agreement. Pursuant thereto, Debtor is authorized to utilize the cash collateral of Prosperity only for the normal operating costs of the business. The pre-petition and post-petition

assets of the Debtor as described in the Factoring and Security Agreement shall be cross-collateralized to secure pre-petition and post-petition advances of Prosperity. The application of funds of Prosperity from July 2, 2015, through the date of the Order approving the Agreement shall be approved including the application of such funds to pre-petition and post-petition advances and amounts due Prosperity. The Debtor shall not use cash collateral to pay any pre-petition creditor other than Prosperity without the consent of Prosperity or further order of the Court, and the Debtor is prohibited from priming the pre-petition or post-petition lien of Prosperity.

RESPECTFULLY SUBMITTED this 14th day of August, 2015.

CARMICHAEL & POWELL, P.C.

By /s/ *Donald W. Powell*
Donald W. Powell
7301 North 16th Street, #103
Phoenix, Arizona 85020
Attorneys for Debtor

COPY of the foregoing sent electronically
this 14th day of August, 2015, to:

Scott H. Siegel
**LEVINSON ARSHOSKY & KURTZ**
15303 Venture Blvd., Suite 1650
Sherman Oaks, California 91403
ssiegel@laklawyers.com

Elizabeth Amorosi
Attorney Advisor
**UNITED STATES TRUSTEE**
230 North First Avenue, #204
Phoenix, Arizona 85003
Elizabeth.Amorosi@usdoj.gov.

/s/ *Donald W. Powell*