Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777
d.powell@cplawfirm.com

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>2G STAFFING SERVICES, INC.,<br><br>  Debtor. | No.  2-15-08339-EPB<br><br>CHAPTER   11<br><br>APPLICATION FOR CONVERSION TO CHAPTER 7 LIQUIDATION |

COMES NOW the Debtor, by and through its attorneys undersigned, and herein applies to this Court to convert this Chapter 11 proceeding to Chapter 7 liquidation bankruptcy.  The Debtor herein requests that this Court enter all necessary Orders to convert this proceeding to Chapter 7 liquidation bankruptcy.   The Debtor is at an economic point wherein it is unable to satisfy its basic expenses.  The cash flow of Debtor is not sufficient to allow for any type of a Plan of Reorganization to be filed.

RESPECTFULLY SUBMITTED this 27th  day of January, 2016.

CARMICHAEL & POWELL, P.C.


By___/s/ Donald W. Powell_____
   Donald W. Powell
   7301 North 16th Street, #103
   Phoenix, Arizona 85020
   Attorneys for Debtor

COPY of the foregoing sent electronically this
27th day of January, 2016, to:

Elizabeth C. Amorosi
Attorney Advisor
United States Trustee
230 North First Avenue, #204
Phoenix, Arizona 85003
Elizabeth.C.Amorosi@usdoj.gov.


        /s/ Donald W. Powell

CARMICHAEL & POWELL
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
7301 NORTH 16TH STREET, SUITE 103
PHOENIX, ARIZONA 85020-5297
(602) 861-0777