**LANE & NACH, P.C.**
2001 E Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| 2G STAFFING SERVICES, INC., | No. 2:15-bk-08339-EPB |
| Debtor. | **TRUSTEE'S MOTION FOR PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

Roger W. Brown , Trustee, by and through his undersigned counsel, herein moves this Court for an Order directing the Custodian of Records of 2G Staffing Services, Inc. to produce documents pursuant to Federal Rule of Bankruptcy Procedure 2004. For his Motion, Roger W. Brown, Trustee, respectfully represents as follows:

1. Debtor filed its Voluntary Petition under Chapter 11 of Title 11, United States Code, on July 2, 2015, which converted to Chapter 7 on January 28, 2016.

2. Roger W. Brown is the duly appointed and acting trustee in this case (hereinafter "Trustee").

3. Trustee desires to examine documents as to acts, conduct, property, liabilities and financial condition, among other matters which would affect this estate and its administration. Exhibit "A" details the information Trustee desires to review.

4. A motion and order for a Rule 2004 examination may be made and granted ex parte, see Advisory Committee Note to Rule 2004, and without notice to examinee. *In re Good Hope Refineries, Inc.,* 9 B.R. 421, 422 (Bankr. D. Mass. 1981). Both the debtor and "third parties" are vulnerable to the

extensive discovery the rule permits. *In re Wilcher*, 56 B.R. 428, 434 (Bankr. N.D. Ill. 1985). The examination may include questions concerning the liabilities and financial condition of the debtor or any matter which may affect the administration of the estate. The scope of the inquiries is determined by the relevance of the information sought to the continued administration of the bankruptcy estate. *In re Cinderella Clothing Industries, Inc.,* 93 B.R. 373, 378-9 (Bankr. E.D. Pa. 1988).

WHEREFORE, Roger W. Brown, Trustee respectfully requests that this Court issue its Order directing the Custodian of Records of 2G Staffing Services, Inc., to produce the documents detailed in Exhibit "A" to Trustee's attorney, Lane & Nach, P.C., 2001 East Campbell, Suite 103, Phoenix, Arizona 85016, on a date agreeable to the parties or, if upon notice, after not less than 28 days' notice.

RESPECTFULLY SUBMITTED this __8th__ day of July, 2016.

**LANE & NACH, P.C.**

By____/s/ MPL 007435_____
Michael P. Lane
Attorneys for Trustee

COPY of the foregoing mailed:

2G Staffing Services, Inc.
Attn: Joe Guerra
1805 8th Avenue South
Nashville, TN 48032

Delivered via electronic notification to:

Donald W. Powell
Carmichael & Powell, P.C.
7301 N. 16th St., #103
Phoenix, AZ 85020
Email: d.powell@cplawfirm.com
Attorney for Debtor

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: Edward.K.Bernatavicius@usdoj.gov

By /s/ Sheila Rochin_____

2

**EXHIBIT "A"**

1.  All documentation which supports the issuance of the attached IRS Form 1099-MISC.

2.  Copies of any IRS form 1099-MISC issued to Joe Guerra for tax year 2015, together with any documentation supporting the 1099 issued, if any.

3

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| 2 G Staffing Services, Inc | $ 0 | **2015** | |
| 1805 8th Ave South | 2 Royalties | | |
| | $ 0 | Form **1099-MISC** | |
| Nashville     Tennesse 37203     4803261708 | 3 Other income | 4 Federal income tax withheld | Copy 2 |
| | $ 68,336.03 | $ 0 | To be filed with recipient's state income tax return, when required. |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical and health care payments | |
| 46-4342995 | ███████ | $ 0 | $ 0 | |
| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| randy Green | | | |
| Street address (including apt. no.) | $ | $ | |
| 1706  Brookwood Ct | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| City or town, state or province, country, and ZIP or foreign postal code | | $ | |
| Phoenix      AZ      85048 | 11 | 12 | |
| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC**     www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service