**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ  85016
Telephone:  (602) 258-6000
Facsimile:  (602) 258-6003

Michael P. Lane  007435
Email: michael.lane@lane-nach.com

Attorneys for Roger W. Brown, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>2G STAFFING SERVICES, INC.,<br><br>Debtor. | Chapter 7 Case<br><br>No.:  2:15-bk-08339-EPB<br><br>**NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY** |

TO:  CREDITORS AND PARTIES-IN-INTEREST:

NOTICE is hereby given that, Roger W. Brown, Chapter 7 Trustee, will abandon the following described property on the grounds that it is, after consideration of the value and liens, burdensome and of inconsequential value to the estate:  outstanding accounts receivable valued on Debtor's Schedules at $1,359.989.  The accounts receivable are fully encumbered by the senior lien of Prosperity Funding and the junior lien of On Deck Capital.  This does not include the loans receivable listed on Debtor's Schedule B-18.

The above-described property shall be deemed abandoned as of the date of this Notice, unless on or before 14 days from the date of this mailing, a written objection to the abandonment is filed with the Clerk of the Court, United States Bankruptcy Court, as follows: (a) by hand-delivery or by mail to 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures.  A copy of the objection shall be mailed to the attorney for the Trustee, Lane & Nach, P.C., at the above-address.

If a party in interest timely objects to the abandonment and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge.  If no objections are received, the property will be deemed abandoned without further notice to you.

DATED: August 9, 2016.

                                            **LANE & NACH, P.C.**

                                            By    /s/ MPL 007435
                                                  Michael P. Lane
                                                  Attorney for Trustee